23-13799

U.S. BANKRUPTCY COURT
FILED

2023 MAY 31 P 3:28

JEANNE A. HAUGHTON

Certificate Number: 18132-NJ-CC-037456712

|||||||||||||||||||||||||||||||||
18132-NJ-CC-037456712

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 24, 2023</u>, at <u>1:52</u> o'clock <u>PM MST</u>, <u>Ayyaz Ahmed</u> received from <u>$$$$$Simple Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: May 24, 2023

By: /s/Laura Hauptman

Name: Laura Hauptman

Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

23-13799

*U.S. BANKRUPTCY COURT FILED 2023 MAY 31 P 3:28*

Certificate Number: 18132-NJ-CC-037456711

18132-NJ-CC-037456711

## CERTIFICATE OF COUNSELING

I CERTIFY that on <u>May 24, 2023</u>, at <u>1:52</u> o'clock <u>PM MST</u>, <u>AYSHA KHAN</u> received from <u>$$$$$Simple Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: May 24, 2023        By:    /s/Laura Hauptman

                          Name:  Laura Hauptman

                          Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).