UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:
Aysha Khan
Ayyaz Ahmed

Case No.: 23-13799
Chapter: 13
Hearing Date: TBA
Judge: _____

U.S. BANKRUPTCY COURT
FILED
2023 JUN -8 A 10: 40
[signature]

## APPLICATION FOR ORDER SHORTENING TIME

The applicant Aysha Khan / Ayyaz Ahmed on behalf of _____ requests that the time period to/for hearing as required by _____ be shortened pursuant to Fed. R. Bankr. P 9006(c)(1), for the reason(s) set forth below:

1. A shortened time hearing is requested because: The change in financial status & new information is crucial

2. State the hearing dates requested:
   June 28th or earlier

3. Reduction of the time period is not prohibited under Fed. R. Bankr. P 9006(c)(1).

The applicant requests entry of the proposed order shortening time.

Date: 6/8/23

_____
Signature

rev.8/1/15