UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on June 8, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:  Aysha Khan

Case No.:   23-13799 (SLM)

Judge:      Stacey L. Meisel

Chapter:    13

# ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 8, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by the debtor, Aysha Khan (the "**Debtor**"), by an *Application for Order Shortening Time* (Docket No. 23) seeking an Order from the Court shortening period for notice and scheduling a hearing on Motion to Vacate Dismissal (the "**Motion**") (Docket No. 22); it is hereby

**ORDERED** as follows:

1. The aforesaid application for an Order Shortening Time is denied without prejudice, for failure to file missing documents as exhibits and to provide information and proof about change in financial conditions.
2. Hearing shall be conducted on the Motion on July 12, 2023 at 2:00 P.M.

The movant party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.