Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−13799−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Aysha Khan
aka AYSHA AHMED, dba Golden Care Pharmacy LLC, dba Prestige Infusions LLC
116 Boonton Ave
Kinnelon, NJ 07405

Ayyaz Ahmed
116 Boonton Ave
Kinnelon, NJ 07405

Social Security No.:
xxx−xx−1152                                             xxx−xx−1878

Employer's Tax I.D. No.:
87−4637680

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 7, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 7, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Aysha Khan  
Ayyaz Ahmed  
  Debtors

Case No. 23-13799-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2   User: admin   Page 1 of 2  
Date Rcvd: Jun 07, 2023   Form ID: 148   Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aysha Khan, Ayyaz Ahmed, 116 Boonton Ave, Kinnelon, NJ 07405-2910 |
| cr | + | Ralph A. Ferro, Jr., Esq., 66 East Main Street, Little Falls, NJ 07424-5601 |
| 519907140 | + | DELUXE PROPERTIES Deluxe Services Group, LLC, 275 EAST MAIN STREET, SOMERVILLE, NJ 08876-3008 |
| 519907139 | + | HUTHAIFA SHEQUIRAT, 6728 VERDE,, UNIT 342, IRVING, TX 75039-3417 |
| 519907141 | + | WAYNE NORMAND NORMPAR LLC, 1116 HIGHWAY 46, PARSIPPANY, NJ 07054-2100 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 07 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 07 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jun 07 2023 20:51:00 | Truist Bank, 1001 Semmes Avenue, Richmond, VA 23224-2245 |
| 519918205 | + | EDI: AISACG.COM | Jun 08 2023 00:37:00 | Attn: BMW Financial Services NA, LLC Department, AIS Portfolio Services, LLC, Account: XXXXXX5459, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519917811 | + | EDI: AISACG.COM | Jun 08 2023 00:37:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519923411 | + | EDI: AIS.COM | Jun 08 2023 00:37:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519907136 | | AETNA LIFE INSURANCE |
| 519907138 | | ANDA, INC |
| 519907150 | | AREEBA KHAN |
| 519907142 | | BMW BMW FINANCIAL LEASE |
| 519907144 | | BUTLER ELECTRIC |
| 519907137 | | CARDINAL HEALTH LLC, OH |
| 519907145 | | DL LANGE |
| 519907133 | | IRS |
| 519907134 | | JM SMITH AND DRUGS |
| 519907135 | | LEONITE BANK |

| | | |
|---|---|---|
| 519907149 | | LIABILITY INSURANCE |
| 519907146 | | OPTIMUM INTERNET |
| 519907148 | | PSEG |
| 519907143 | | VERIZON BUSINESS SERVICES VERIZON BUSINESS SERVIC |
| 519907147 | | VIVENT |

TOTAL: 15 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

**Name**                **Email Address**

Bruce Seth Goodman
    on behalf of Creditor Smith Drug Company bgoodman@zeklaw.com  8630711420@filings.docketbird.com

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Matthew K. Fissel
    on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Ralph A Ferro, Jr
    on behalf of Creditor Ralph A. Ferro  Jr., Esq. ralphferrojr@msn.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6