Order Filed on June 7, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 23-13799 |
| Aysha Khan | Chapter: 13 |
| Ayyaz Ahmed | Judge: Stacey L. Meisel |

# ORDER DISMISSING CASE ON COURT'S ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 7, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ☒ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ❏ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ❏ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ❏ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ❏ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ❏ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ❏ Other: _____
  _____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 23-13799-SLM
Aysha Khan                                                                     Chapter 13
Ayyaz Ahmed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin      Page 1 of 2
Date Rcvd: Jun 07, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Aysha Khan, Ayyaz Ahmed, 116 Boonton Ave, Kinnelon, NJ 07405-2910

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

**Name**      **Email Address**

Bruce Seth Goodman
     on behalf of Creditor Smith Drug Company bgoodman@zeklaw.com  8630711420@filings.docketbird.com

Denise E. Carlon
     on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com

Ralph A Ferro, Jr
     on behalf of Creditor Ralph A. Ferro  Jr., Esq. ralphferrojr@msn.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jun 07, 2023     Form ID: pdf903     Total Noticed: 1
TOTAL: 6