UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on June 8, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re: Aysha Khan

| | |
|---|---|
| Case No.: | 23-13799 (SLM) |
| Judge: | Stacey L. Meisel |
| Chapter: | 13 |

# ORDER DENYING APPLICATION FOR AN ORDER SHORTENING TIME

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** June 8, 2023

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**THIS MATTER** having been brought before the Court by the debtor, Aysha Khan (the "**Debtor**"), by an *Application for Order Shortening Time* (Docket No. 23) seeking an Order from the Court shortening period for notice and scheduling a hearing on Motion to Vacate Dismissal (the "**Motion**") (Docket No. 22); it is hereby

**ORDERED** as follows:

1. The aforesaid application for an Order Shortening Time is denied without prejudice, for failure to file missing documents as exhibits and to provide information and proof about change in financial conditions.

2. Hearing shall be conducted on the Motion on July 12, 2023 at 2:00 P.M.

The movant party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                         Case No. 23-13799-SLM
Aysha Khan                                                                                              Chapter 13
Ayyaz Ahmed
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                    Page 1 of 2
Date Rcvd: Jun 08, 2023              Form ID: pdf903              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Aysha Khan, Ayyaz Ahmed, 116 Boonton Ave, Kinnelon, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company bgoodman@zeklaw.com 8630711420@filings.docketbird.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Creditor Ralph A. Ferro Jr., Esq. ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jun 08, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6