UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on July 12, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Aysha Khan

Case No.: 23-13799

Hearing Date: 7/12/2023

Judge: Stacey L. Meisel

Chapter: 13

## ORDER DENYING MOTION TO VACATE DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 12, 2023

Honorable Stacey L. Meisel
United States Bankruptcy Judge

*A Motion to Vacate Dismissal* having been filed at docket entry No. 22 on June 8, 2023 by Aysha Khan for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel; for good cause shown; and for the reasons set forth on the record it is hereby

**ORDERED** that the aforesaid Motion to Vacate Dismissal is Denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.