UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on July 12, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: _____23-13799_____ |
| Aysha Khan | Hearing Date: _____7/12/2023_____ |
| | Judge: _____Stacey L. Meisel_____ |
| | Chapter: _____13_____ |

**ORDER DENYING MOTION TO VACATE DISMISSAL**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 12, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

*A Motion to Vacate Dismissal* having been filed at docket entry No. 22 on June 8, 2023 by Aysha Khan for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel; for good cause shown; and for the reasons set forth on the record it is hereby

**ORDERED** that the aforesaid Motion to Vacate Dismissal is Denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court

District of New Jersey

In re:                                                                      Case No. 23-13799-SLM

Aysha Khan                                                              Chapter 13

Ayyaz Ahmed

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                    Page 1 of 2

Date Rcvd: Jul 12, 2023                       Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aysha Khan, Ayyaz Ahmed, 116 Boonton Ave, Kinnelon, NJ 07405-2910 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bruce Seth Goodman | on behalf of Creditor Smith Drug Company bgoodman@zeklaw.com 8630711420@filings.docketbird.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| Ralph A Ferro, Jr | on behalf of Creditor Ralph A. Ferro Jr., Esq. ralphferrojr@msn.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                      User: admin                         Page 2 of 2
Date Rcvd: Jul 12, 2023                   Form ID: pdf903                      Total Noticed: 1
TOTAL: 6