Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

        Case No.: 23−13799−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Aysha Khan<br>aka AYSHA AHMED, dba Golden Care Pharmacy LLC, dba Prestige Infusions LLC<br>116 Boonton Ave<br>Kinnelon, NJ 07405 | Ayyaz Ahmed<br>116 Boonton Ave<br>Kinnelon, NJ 07405 |

Social Security No.:
  xxx−xx−1152                                             xxx−xx−1878

Employer's Tax I.D. No.:
  87−4637680

---

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 14, 2023</u>                 <u>Stacey L. Meisel</u>
                                                    Judge, United States Bankruptcy Court